RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/14/10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 10-116 |
| VERSUS | JUDGE HAIK |
| SYED ABUL-HASSAN NAQVI | MAGISTRATE JUDGE HILL |

## JUDGMENT

After a thorough review of the Transcript of the Plea Hearing held July 12, 2010 and for the oral reasons assigned in the Report and Recommendation of the Magistrate Judge contained in the transcript, and noting no objections have been filed, the undersigned concurs with the findings of the Magistrate Judge and the applicable law.

**THEREFORE, IT IS ORDERED** that the Guilty Plea entered by Syed Abul-Hassan Naqvi on July 12, 2010 before Magistrate Judge C. Michael Hill is accepted by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11.

**THUS DONE** and **SIGNED** on this 13th day of October, 2010.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA